# UNITED STATES DISTRICT COURT

for the

District of Kansas

**Matthew Escalante**

*Plaintiff(s)*

-v-

**Judge Paul Will Burmaster**
**in his official capacity 10th Judicial District Judge -Div 14 Family Courtroom**

*Defendant(s)*

Case No. 2:23-cv-2471-JWB-TJJ

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER COLOR OF LAW

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Matthew Escalante

Address: 733 Hemlock St

Gardner (*City*) KS (*State*) 66030 (*Zip Code*)

County: Johnson

Telephone Number: 913-286-2250

E-Mail Address: Eskie678@aol.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Paul William Burmaster

Job or Title *(if known)*: Judge - Div 14 in the 10th Judicial District Johnson County Court

Address: 150 W Santa Fe St

Olathe (*City*) KS (*State*) 66061 (*Zip Code*)

County: Johnson

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name:

Job or Title *(if known)*:

Address:

*City* *State* *Zip Code*

County:

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Address

*City* *State* *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

*City* *State* *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Const Amdt14.S1.5.2 Liberty Deprivations and Due Process,
Amnd 1.3.9 Defamation and False Statements
& Amdt14.S1.8.12.3 Access to Courts
Section 1987 Neglect to Prevent

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Judge given the benefit of any doubt can be said made a trial court error on Aug 10, 2023 when he improperly served a deficient Extended Order of PFS to Plaintiff. But after becoming fully aware of an error on Sept 13, 2023, (when the plaintiff told PWB via legal mandamus action) judge PWB did not acknowledge or attempt to correct his error, and it became a choice that he made to not then follow the law and pwb

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

**An Extended Order for Protection from Stalking was legally insufficient when served to me on August 10, 2023 at 1117 Hours Clerk Stamp by Defendant PWB in his official capacity. Page 2 of the Extended Order states that Original Order PFS (Doc 9) has to be attached to it. And plaintiff was not served an extended order that met it's page 2 directive. It lacked Orig Order. It is legally insufficient. This is verified on October 18, 2023, Defendant Burmaster tried to serve it to me again in 18CV03813, in which I still have a legally insufficient extended order of PFS. Judge PWB again did not serve me properly. The document I received on Oct 18, 2023 are still dated Aug 10, 2023. PWB adding Orig order to Extended Order of PFS on 10.18.23 has to be done pursuant KSA 60-31a07. Notice of protection orders. There is a process to follow to serve Plaintiff a legally sufficient PFS Order, Judge is still without Juris Judge is aware he is without juri**

B. What date and approximate time did the events giving rise to your claim(s) occur?

**August 10, 2023 1117 hour - Extended Order PFS lacking Original Order attached upon serving (page 2 directive)**
**September 13, 2023 - Supreme Court Docket 126,833 bring judge to awareness of PFS deficiency upon prior serving to Plaintiff 8.10.23**
**October 18, 2023 - Judge is seen by all parties in 18CV03813, and in court record stating, "For record, Mr, Escalante is being re-served Extended Order of PFS 22CV03391 with now attached Original Order Doc 9"**
**That is not following Kansas Law of PFS Orders and Notice/Serving them in KSA 60-31a07, as that still has yet to be done properly months later after Aug 10th issuance.**

C. What are the facts underlying your claim( s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Judge shows cognizance and awareness, that he also sees he did not follow Kansas Law of Serving an Extended Order of PFS to Plaintiff on 8.10.23 at 1117hours. He then shows undeniable evidence by September 13, 2023, the Plaintiff directly informed PWB when Plaintiff moved in the Kansas Supreme Court mandamus docket 126,833 to void the PFS entirely. The court shows green certified mailer proof that PWB read the mandamus, and on Page 3, the writ states the deficiency of Extended Order being served lacking a directive on it to have need to be attached to the original order in 22CV03391. Those facts beforementioned
should have prompted immediate action by judge to rectify the Extended PFS Order on September 13, 2023. (1) Judge shows affirmative on Sept 13, 2023, having full awareness that he was then without jurisdiction over the Plaintiff on August 10, 2023 1117 hours, having not legally served a sufficient Extended Order of PFS that was in line with KSA 60-31a06 through KSA 60-31a07. The civil statutes of PFS do not set out exclusionary provisions indicating that any service of process error, by intent or not, doesn't create a jurisdictional defect. It most definitely does and did in 22CV03391, and judge post Sep

**This a Kansas Protective Order that PWB is now exhibiting clear and present absence of jurisdiction spoke of by Honorable Magistrate James in 2:23-CV02130 Escalante v Burmaster. Magistrate James is not to fault on this matter. Pro Se pleadings are not easy to construe by any means, especially the Plaintiffs, he will admit. An affirmative is now showing in Judge PWB actions on all dates mentioned that verifies he is aware by his reception of mandamus certified service on 9.13.23, he is no longer with Immunity after he is aware &Plaintiff deserves civil action of relief**

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Judge PWB is affecting the Plaintiffs entire life with such negligence. Plaintiff has attempted to enter many motions in the case of 22CV03391 between the dates of 8.10.23 and 10.18.23.(motion pursuant KSA 21-5920, KSA 75-764, KSA 60-260 all have been denied docketing during those dates with Court signature of receiving them all)
This is injury of Const Amndt 14.S1.5.8.12, Access to the Courts in Proceeding that has ability to take liberties. There are more defects in 22CV03391 but Plaintiff needs to stay precise here.
Judge partiality showing against the Plaintiff father is grounds for his self disqualification, in the district court but yet PWB fails to follow Rule 2.11 Disqualification of Rule 601B.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff feels it's appropriate to ask for injunctive relief barring PWB from further constitutional restrictions without juris. Const Amdt14.S1.5.2 Liberty Deprivations and Due Process,
Amnd 1.3.9 Defamation and False Statements & Amdt14.S1.8.12.3 Access to Courts all are being affected.

Plaintiff feels is appropriate for this Court to give Order that disqualifies PWB from all Escalante v Escalante proceedings in Johnson County District Court, by random assignment of other district judge who is eligible. (A Division 6 seperate judge has done mediation with parties, Judge of division 6 would not be available) just as informative to ensure fairness is restored in district proceedings.

Any other and all other suggested relief from the Court that it may feel is equitable and just
Plaintiff begs and prays

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/19/23

Signature of Plaintiff

Printed Name of Plaintiff

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City* *State* *Zip Code*

Telephone Number

E-mail Address